UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable Karen B. Molzen,
United States Chief Magistrate Judge

## CLERK'S MINUTES

**CASE TITLE**:

*Christus St. Vincent Regional Medical Center v. District 1199 NM, National Union of Hospital and Healthcare Employees, AFL-CIO, AFSCME.*

**DATE**: January 14, 2016

**COURTROOM CLERK**: Michael Timm

**CASE No**: CIV 15-0942 WJ/KBM

**PROCEEDINGS COMMENCED**: 3:00 PM

**COURT IN RECESS**: 3:18 PM

**TYPE OF PROCEEDING**: *Rule 16 Initial Scheduling Conference*

**ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**:
Charles Birenbaum
Jaclyn McLean
Jamie Adams

**ATTORNEY(S) PRESENT FOR DEFENDANT(S)**:
Stephen Curtice

**COURT'S RULING(S)**:

I. The Court set the following deadlines:
   a. This case is assigned to a **STANDARD** track.
   b. Discovery completed no later than **06/15/2016**.
   c. Discovery motions filed no later than **06/22/2016**.
   d. Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **03/15/2016**.   All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **04/15/2016**.
   e. Pre-Trial Motions filed no later than **07/27/2016**.
   f. Pre-Trial Order from Plaintiff to Defendant no later than **10/12/2016**.
   g. Pre-Trial Order to Court no later than **10/26/2016**.

II. The Court will set a settlement conference at a later date.

III. The Court will set a telephonic status conference at a later date.